**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  8:02CR409** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JOE R. LOCKETT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Clerk's Office has requested that Document Number 86 be stricken from the Record for the following reason(s):

(X)   The document does not have a Notice of Electronic File Stamp (NEF) attached to the entry.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike document number 86 from the record and re-docket the entry.

Dated this 26th day of May, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge